IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACY RAY BROWN and ELIZABETH O'NEIL BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO.: CV-2016-00162-GMB |
| CIRCLE K STORES, INC., et al., | ) ) ) |
| Defendants. | ) |

### JOINT MOTION TO DISMISS

COME NOW the Plaintiffs, STACY RAY BROWN and ELIZABETH O'NEIL BROWN, by and through their attorney of record, and the Defendant, Circle K Stores, Inc., by and through its attorney of record, and by stipulation and agreement, hereby move this Honorable Court to dismiss the above-styled action with prejudice, each party to bear their own costs.

/s/ C. Winston Sheehan
C. WINSTON SHEEHAN, JR.
*Attorney for Defendant,*
*Circle K Stores, Inc.*

/s/ Barbara H. Agricola
Barbara H. Agricola
*Attorney for Plaintiffs,*
*Stacy and Elizabeth Brown*

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104

OF COUNSEL:

Alsobrook & McCormick
126 South 8th Street
Opelika, Alabama 36804